IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

IDEAL DOOR COMPONENTS, INC.,            CV 04-1760-ST
and Oregon corporation,

                                                  ORDER

        Plaintiff,

v.

COND'ORKEY CORPORATION, a
Montana Corporation.

        Defendants.


CHRISTOPHER J. LEWIS
PATCHEN M. HAGGERTY
Schwabe Williamson & Wyatt, PC
1600-1900 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204
(503) 796-2456

        Attorneys for Plaintiff


1  -  ORDER

**JOHN C. LINDERMAN**
**NICHOLAS J. TUCCILLO**
McCormick Paulding & Huber, LLP
185 Asylum Street
City Place II
18th Floor
Hartford, CT 0613-4102
(860) 549-5290

**MICHAEL N. ZACHARY**
**TODD M. SIEGEL**
Klarquist Sparkman, LLP
One World Trade Center
121 SW Salmon Street
Suite 1600
Portland, OR 97204
(503) 226-7391

      Attorneys for Defendant

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#37) on May 4, 2005, in which she recommended this Court GRANT Defendant Cond'orKey's Motion to Stay this action pending reexamination of the patent at issue by the United States Patent and Trademark Office (PTO)(#25).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the Findings and Recommendation *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (2003)(*en banc*). Having reviewed the legal principles, the Court does not find any clear error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#34). Accordingly, the Court **GRANTS** Defendant Cond'orKey's Motion for Stay (#25) until the PTO rules on Cond'orKey's request to reexamine the patent at issue.

If the PTO denies the request to reexamine the patent, the Court will lift the stay upon a motion by the parties. If the PTO grants Cond'orKey's request to reexamine the patent, this matter will remain stayed pending the outcome of the reexamination and Cond'orKey shall file a status report with the Court every three months.

IT IS SO ORDERED.

DATED this 17th day of June, 2005.

_____
ANNA J. BROWN
United States District Judge

Ideal Door CV04-1760 F&R.06-17-05.wpd